# United States Court of Appeals
## For the First Circuit

No. 01-2553

LINDA RUTHARDT,
in her official capacity as COMMISSIONER OF INSURANCE
OF THE COMMONWEALTH OF MASSACHUSETTS and PERMANENT RECEIVER OF
AMERICAN MUTUAL LIABILITY INSURANCE COMPANY and AMERICAN
MUTUAL INSURANCE COMPANY OF BOSTON,
Plaintiff,

v.

UNITED STATES OF AMERICA and JOHN ASHCROFT,
in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,
Defendants, Appellees.
_____

ALABAMA INSURANCE GUARANTY ASSOCIATION, ET AL.,
Movants, Appellants.
_____

No. 01-2587
No. 01-2668

LINDA RUTHARDT,
in her official capacity as COMMISSIONER OF INSURANCE
OF THE COMMONWEALTH OF MASSACHUSETTS and PERMANENT RECEIVER OF
AMERICAN MUTUAL LIABILITY INSURANCE COMPANY and AMERICAN
MUTUAL INSURANCE COMPANY OF BOSTON,
Plaintiff, Appellant/Cross-Appellee,

v.

UNITED STATES OF AMERICA and JOHN ASHCROFT,
in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,
Defendants, Appellees/Cross-Appellants.
_____

ALABAMA INSURANCE GUARANTY ASSOCIATION, ET AL.,
Movants.
_____

Page 1 of  2

ERRATA SHEET

The opinion of this Court, issued on September 18, 2002, should be amended as follows.

On page 16, line 3, replace "<u>The time bar</u>." with "<u>The Time Bar</u>.".

On page 22, line 7 of 1st full paragraph, replace "going forward" with "going-forward".